# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00767-AWI-GSA<br><br>ORDER AMENDING SCHEDULING ORDER REGARDING DISCOVERY OF DOE DEFENDANTS |

On December 23, 2009, the Court dismissed the California Department of Corrections and Rehabilitation as a defendant in this action and referred the matter back to the Magistrate Judge to open discovery for the limited purpose of identifying Defendant Does 1 through 10. In accordance with the Court's order, discovery for the purpose of identifying Defendant Does 1 through 10 shall be completed no later than **March 31, 2010.** Any Amended Complaint naming the Doe Defendants shall be filed no later than **April 30, 2010.** All other dates and orders set forth in the scheduling order issued on October 5, 2009 (Doc. 18) remain in full force and effect. Failure to file an Amended Complaint may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **January 6, 2010**         /s/ **Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE